**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6905**

_____

JOHN DONOHUE,

                    Plaintiff - Appellant,

          v.

GEORGE HINKLE, Regional Administrator; RANDALL C. MATHENA,
Warden, ROSP; T. RAIFORD, Counselor, and current Unit
Manager at ROSP; L. MULLINS, Institutional Hearings Officer
at ROSP; INGLE, C/O at ROSP,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, Chief
District Judge.  (7:14-cv-00138-GEC-RSB)

_____

Submitted:  November 20, 2014       Decided:  November 25, 2014

_____

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John Patrick Donohue, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Donohue appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Donohue v. Hinkle, No. 7:14-cv-00138-GEC-RSB (W.D. Va. May 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED